## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Humana, Inc., 500 West Main St., Louisville, Kentucky 40202

Address of Defendant: See Schedule A (attached)

Place of Accident, Incident or Transaction: 500 Main St., Louisville, KY 40202

---

**RELATED CASE, IF ANY:**

Case Number: 2:16-MD-02724   Judge: Cynthia M. Rufe   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes [✓]   No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes [ ]   No [✓]

I certify that, to my knowledge, the within case [ ] is / [X] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 12/15/2020   */s/ Laura Mummert*   PA # 85964

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.  Federal Question Cases:**
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [✓] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases
    *(Please specify):* _____

**B.  Diversity Jurisdiction Cases:**
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [ ] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify):* _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Laura Mummert, counsel of record *or* pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[✓] Relief other than monetary damages is sought.

DATE: 12/15/2020   */s/ Laura Mummert*   PA ID # 85964

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

SCHEDULE A

1. ACTAVIS ELIZABETH, LLC
   200 Elmora Ave.,
   Elizabeth, NJ 07207

2. ACTAVIS HOLDCO US, INC.
   Morris Corporate Center III
   400 Interpace Parkway
   Parsippany, NJ 07054

3. ACTAVIS PHARMA, INC.
   Morris Corporate Center III
   400 Interpace Parkway
   Parsippany, NJ 07054

4. ALVOGEN, INC.
   10 Bloomfield Avenue
   Pine Brook, NJ  07058

5. AMNEAL PHARMACEUTICALS, INC.
   400 Crossing Boulevard, 3rd Floor
   Bridgewater, NJ 08807

6. APOTEX CORP.
   2400 N Commerce Pkwy,
   Weston, FL 33326

7. ASCEND LABORATORIES, LLC
   339 Jefferson Road
   Parsippany, NJ  07054

8. AURABINDO PHARMA U.S.A. INC.
   203 Windsor Center Dr.
   East Windsor, NJ  08520

9. BAUSCH HEALTH AMERICAS, INC. F/K/A VALEANT PHARMACEUTICALS INTERNATIONAL, INC.
   400 Somerset Corporate Blvd.
   Bridgewater, NJ  08807

10. BAUSCH HEALTH US, LLC F/K/A VALEANT PHARMACEUTICALS NORTH AMERICA LLC
    400 Somerset Corporate Blvd.
    Bridgewater, NJ  08807

11. FOUGERA PHARMACEUTICALS INC.
    60 Baylis Rd

        Melville, NY 11747

12. GLENMARK PHARMACEUTICALS INC., USA
    750 Corporate Dr,
    Mahwah, NJ 07430

13. G&W LABORATORIES, INC.
    111 Coolidge Street
    South Plainfield, NJ 07080

14. HIKMA PHARMACEUTICALS USA INC. F/K/A WEST-WARD PHARMACEUTICALS CORP.
    246 Industrial Way West
    Eatontown, NJ  07724

15. IMPAX LABORATORIES, LLC F/K/A IMPAX LABORATORIES, INC.
    100 Somerset Corporate Blvd.
    Bridgewater Township, NJ  08807

16. LANNETT COMPANY, INC.
    13200 Townsend Road
    Philadelphia, PA 19154

17. LUPIN PHARMACEUTICALS, INC.
    111 South Calvert Street
    Harborplace Tower, 21st Floor
    Baltimore, MD 21202

18. MYLAN INC.
    1000 Mylan Boulevard
    Canonsburg, PA 15317

19. MYLAN NV.
    Building 4
    Trident Place
    Mosquito Way
    Hatfield
    Hertfordshire AL 109UL United Kingdom

20. MYLAN PHARMACEUTICALS, INC.
    781 Chestnut Ridge Road
    Morgantown, WV 26505

21. PAR PHARMACEUTICAL, INC.
    One Ram Ridge Road
    Chestnut Ridge, NY 10977

22. PAR PHARMACEUTICAL COMPANIES, INC.

        One Ram Ridge Road
        Chestnut Ridge, NY 10977

23. PERRIGO COMPANY PLC
    Treasury Building
    Lower Grand Canal Street
    Dublin, 2 Ireland

24. PERRIGO NEW YORK, INC.
    1700 Bathgate Avenue
    Bronx, NY 10457-5000

25. SANDOZ, INC.
    100 College Road West
    Princeton, NJ 08540

26. SUN PHARMACEUTICAL INDUSTRIES, INC.
    1 Commerce Drive
    Cranbury, NJ 08512

27. TARO PHARMACEUTICAL INDUSTRIES, LTD.
    14 Hakitor Street, PO Box 10347
    Haifa Bay, 2624761, Israel

28. TARO PHARMACEUTICALS USA, INC.
    3 Skyline Drive
    Hawthorne, NY 10532

29. TEVA PHARMACEUTICALS USA, INC.
    1090 Horsham Road
    North Wales, PA 19454

30. WOCKHARDT USA LLC.
    20 Waterview Blvd., 3rd Floor
    Parsippany, NJ 07054